PD-0855&0856&0857-15

NO. F-1141658-P

Richard
Balderas

v.

THE STATE OF TEXAS

§
§
§
§
§
§

IN THE COURT OF

CRIMINAL APPEALS

OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEAL

JUL 09 2015

Abel Acosta, Clerk

### PRO SE MOTION FOR EXTENSION OF TIME
### TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and

respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for

Discretionary Review in this cause and in support thereof would show to the Court the

following:

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

1.    The style and number of this case in the Court of Appeals, is: _Balderas_ v.

_The State of Texas_, Appeal No. 05-14-01081 -CR.

2.    The style and number of the case in the trial court is: _The State of Texas v._

Balderas ; Cause No. F-1141658-P F-1141659-P F-1141660-P from the 203rd District Court of

Dallas County, Texas.

3.    The Appellant was convicted of the felony offense of 3 Agg S A .

4.    Judgment was entered on 6-18-15 and punishment was assessed at 40

years confinement and a fine in the amount of -0- .

5.    The conviction was affirmed in the Court of Appeals on June 18, 2015 .

---

**PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - Page 1**

6. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is July 18, 2015 .

7. An extension of time for a period of sixty (60) days is requested that would make the due date September 18, 2015 .

8. No prior request for an extension of time has been made.

9. The facts relied upon to show good cause for the requested extension are, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. After the conviction was affirmed, the trial court refused to appoint counsel to file a Petition for Discretionary Review. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED**, the Appellant /Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to prepare petition/seek legal assistance.

**Respectfully submitted,**

Richard Balderas
**[Name]**

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing

Motion has been mailed to the Office of the Criminal District Attorney for __Dallas__ County,


, and mailed via U.S. mail, to the Office of the State Prosecuting Attorney,

__Travis County__ , on the __07__ day of __July__ , 20__15__.




__Richard Balderas__
**[Name]**